Jonah Burning Breast #2477853
Name and Prisoner/Booking Number

Pennington Co. Jail
Place of Confinement

3004 Outlook Circle
Mailing Address

Rapid City SD, 57701
City, State, Zip Code

### UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH DAKOTA
Western _____ DIVISION

Jonah Burning Breast _____,
(Full Name of Plaintiff)

Plaintiff,

5:23-cv-5021

Case No. C23-122
(To be supplied by the Clerk)

vs.

Officer 1 _____,

Officer 2 _____,

Officer 3 _____,

Officer 4 _____,
(Full Name of Each Defendant)

Defendants.

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

---

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff: Jonah Burning Breast
   Present mailing address: 3004 Outlook Circle Rapid City SD 57701
   **(Failure to notify the Court of any change of address may result in dismissal of this action.)**

   Institution/city where violation occurred: Rapid City SD, 57701

---

3.  Name of first Defendant: _Officer 1_. The first Defendant is employed as:
    _Peace Officer_ at _Rapid City SD, Pennington county_
    (Position and Title)            (Institution)
    This Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both)
    Explain how this Defendant was acting under color of law: _using_
    _excessive force_.

4.  Name of second Defendant: _Officer 2_. The second Defendant is employed as:
    _Peace Officer_ at _Rapid City SD Pennington Co._
    (Position and Title)            (Institution)
    This Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both)
    Explain how this Defendant was acting under color of law: _Excessive_
    _use of force_.

5.  Name of third Defendant: _Officer 3_. The third Defendant is employed as:
    _Peace Officer_ at _Rapid City SD Pennington Co_
    (Position and Title)            (Institution)
    This Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both)
    Explain how this Defendant was acting under color of law: _Excessive_
    _use of force_.

6.  Name of fourth Defendant: _Officer 4_. The fourth Defendant is employed as:
    _Peace Officer_ at _Rapid City SD Pennington Co_
    (Position and Title)            (Institution)
    This Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both)
    Explain how this Defendant was acting under color of law: _Excessive use_
    _of force_.

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☑ No

2.  If your answer is "yes," how many lawsuits have you filed? _____. Describe the previous lawsuits in the spaces provided below.

3.  First prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____

---

**CIVIL RIGHTS COMPLAINT**

Defendants: _____

_____

b.  Court: (If federal court, identify the district; if state court, identify the county.) _____

_____

c.  Case or docket number: _____

d.  Claims raised: _____

_____

_____

e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

f.  Approximate date lawsuit was filed: _____

g.  Approximate date of disposition: _____

4.  Second prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____

    b.  Court: (If federal court, identify the district; if state court, identify the county.) _____

_____

    c.  Case or docket number: _____

    d.  Claims raised: _____

_____

_____

    e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

    f.  Approximate date lawsuit was filed: _____

    g.  Approximate date of disposition: _____

5.  Third prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____

    b.  Court: (If federal court, identify the district; if state court, identify the county.) _____

_____

    c.  Case or docket number: _____

    d.  Claims raised: _____

_____

_____

    e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

    f.  Approximate date lawsuit was filed: _____

    g.  Approximate date of disposition: _____

(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s):

4th Amendment Right, 8th Amendment Right

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☐ Medical care
   - ☐ Access to the court
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☐ Retaliation
   - ☐ Exercise of religion
   - ☐ Property
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   I was tazed 3 times at the same time all the while getting punched in the ear. After getting thrown to the ground one of the officers sat on my neck for a period of time with his knee. Sometime while recovering another officer dug his fingers into the softs under my neck in a headlock position afterwards he got me to get my head up. I watched the videos one of the officers says "you just got triple tazed." Also he wasn't in the rights for pulling me over. Theres people that pulled up to record (record) they're there in the videos. They also celebrated there at the end bragged about the whole scenario.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

   I was thrown onto my pronos bled through my shirt my ear swelled up it still hurts after 2 months where one of them punched me.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. I was told this is my first step in my complaint.

## COUNT II

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   Officer Kogan 4th Amendment Right
   8th Amendment Right

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☐ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☑ Other: Harrasment

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   Officer followed me for a period of time
   pulled us over for "not stopping" where we
   did, there was also a car in front of him that
   hadn't stopped yet from 4 blocks away come
   for me.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   Injury correlates with count 1

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. I was told this first step in my complaint

## COUNT III

1.  The following constitutional or other federal right has been violated by the Defendant(s): _____
    _____
    _____

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)  ☐ Medical care      ☐ Access to the court   ☐ Mail
    ☐ Disciplinary proceedings    ☐ Retaliation       ☐ Exercise of religion  ☐ Property
    ☐ Excessive force by an officer   ☐ Threat to safety    ☐ Other: _____

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III.  Describe exactly what each Defendant did or did not do to violate your rights.  State the facts clearly in your own words without citing legal authority or arguments).
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
    _____
    _____
    _____

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                        ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Count III?     ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?   ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

## D.  REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

I'd like my case and all evidence dismissed
as well as my other posession case without
predudice. As well as dismiss any costs from
and during including probot. Monitery cost
reimbursment in the amount of $500,000.00
(five hundred thousand dollars zero cents)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/21/23
_____
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title or paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

   All questions must be answered concisely in the proper space on the form.  If needed, you may
attach additional pages.  The form, however, must be completely filled in to the extent applicable.

Jonah Burning Breast #2477853
Pennington County Jail CB3-11
307 Saint Joseph St
Rapid City SD
            57701

3.3

POSTAGE DUE .48

6181

quadient
CORRECTION
IMI
$000.63 ª
03/30/2023  ZIP 57701
043M32205448
US POSTAGE

Clerk of Courts
515 Ninth St
Rapid City SD
            57701

Legal Mail

