UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| JONAH BURNING BREAST,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER 1, Peace Officer, Rapid City, SD Pennington County, in his or her individual and official capacity; OFFICER 2, Peace Officer, Rapid City, SD Pennington County, in his or her individual and official capacity; OFFICER 3, Peace Officer, Rapid City, SD Pennington County, in his or her individual and official capacity; OFFICER 4, Peace Officer, Rapid City, SD Pennington County, in his or her individual and official capacity,<br><br>Defendants. | 5:23-CV-05021-LLP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

Plaintiff, Jonah Burning Breast, an inmate at the Pennington County Jail, filed a pro se civil rights lawsuit under 42 U.S.C. § 1983. Doc. 1. This Court granted Burning Breast's Motion for Leave to Proceed in forma pauperis, Doc.5, and screened Burning Breast's Complaint in accordance with 28 U.S.C. § 1915A. *See* Doc. 6. Burning Breast's Fourth Amendment excessive force claims against the defendants in their individual capacities and for injunctive relief in their official capacities survived § 1915A screening. *Id.* at 5–6. On August 24, 2023, the Court ordered Burning Breast to complete and send to the Clerk of Court a separate summons and USM-285 form for each defendant. *Id.* at 6. The Court warned Burning Breast that "[i]f the completed summons and USM-285 form are not submitted as directed, the complaint may be dismissed." *Id.* at 7. Burning Breast has not submitted the completed summonses and USM-285

forms as directed. Accordingly, it is ORDERED that Burning Breast's complaint is dismissed without prejudice for failure to prosecute.

DATED November 29th, 2023.

ATTEST:
MATTHEW W. THELEN, CLERK

BY THE COURT:

Lawrence L. Piersol
United States District Judge